# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D23-1417
5D23-1589
LT Case No. 2007-CF-001750

_____

ANTHONY TYREL VIRGINIA,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Anthony Tyrel Virginia, Bowling Green, pro se.

Ashley Moody, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

October 24, 2023

PER CURIAM.

   AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————